**156 So.2d 229**

**Auzay VIDRINE**

v.

**STATE FARM MUTUAL INSURANCE COMPANY.**

**No. 46927.**

Oct. 1, 1963.

In re: State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 154 So.2d 774.

Not considered. Relator has failed to file application within 30 days after a rehearing was refused by the Court of Appeal as required by Section 11 of Article 7 of the Constitution, LSA.